# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re:  Jeremy S. Hisey, | CASE NO. 13-54915 |
| Amanda L. Hisey, | JUDGE John E. Hoffman, Jr. |
| Debtors. | CHAPTER 13 |

## NOTICE OF CHANGE OF ADDRESS

Now comes Counsel for Debtors, Jeremy S. Hisey and Amanda L. Hisey, and notifies this Court that Debtors have a change of address and now live at 263 Surrey Lane, Apt. C, London, OH 43140.

/s/ Shannon M. Treynor
Shannon M. Treynor, Esq. (0072813)
63 North Main Street
P.O. Box 735
London, Ohio 43140
PH: (740) 845-1889
FAX: (740) 845-2919
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served electronically on the parties listed below through the Court's ECF system at the e-mail address registered with the Court, or by ordinary U.S. Mail, on this 5th day of February, 2016.

U.S. Trustee Office, ustpregion09.cb.ecf@usdoj.gov
Frank M. Pees, trustee@ch13.org
Chevington Place Association, Inc., c.williams@wslawllc.com
Columbus Metro Federal Credit Union, colecfsdo@weltman.com
Columbus State Community College bankrptcy@delevlaw.com
JPMorgan Chase Bank, NA, bknoticesouth@reimerlaw.com
Ohio Department of Taxation,bgianangeli@mifsudlaw.com

Jeremy S. Hisey  
263 Surrey Lane, Apt. C  
London, OH 43140

Amanda L. Hisey  
263 Surrey Lane, Apt. C  
London, OH 43140

PRA Receivables Management, LLC  
P.O. Box 4107  
Norfolk, VA 23541

U.S. Department of Education  
Claims Filing Unit  
P.O. Box 8973  
Madison, WI 53708

*/s/ Shannon M. Treynor*  
Attorney for Debtors