## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:  Jeremy S. Hisey,  CASE NO. 13-54915
       Amanda L. Hisey,  JUDGE John E. Hoffman, Jr.
            Debtors.  CHAPTER 13

### NOTICE OF CHANGE OF ADDRESS

Now comes Counsel for Debtors, Jeremy S. Hisey, and Amanda L. Hisey, and notifies this Court that Debtors have a change of address and now live at 287 Surrey Lane, Apt. K, London, Ohio 43140

                                            */s/ Shannon M. Treynor*
                                            Shannon M. Treynor, Esq. (0072813)
                                            63 North Main Street
                                            P.O. Box 735
                                            London, Ohio 43140
                                            PH: (740) 845-1889
                                            FAX: (740) 845-2919
                                            Attorney for Debtor

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served electronically on the parties listed below through the Court's ECF system at the e-mail address registered with the Court, or by ordinary U.S. Mail, on this 6th day of November, 2017.

U.S. Trustee Office, ustpregion09.cb.ecf@usdoj.gov
Frank M. Pees, trustee@ch13.org
Chevington Place Association, Inc., c.williams@wslawllc.com
Columbus Metro Federal Credit Union, colecfsdo@weltman.com
Columbus State Community College bankrptcy@delevlaw.com
JPMorgan Chase Bank, NA, bknoticesouth@reimerlaw.com
Ohio Department of Taxation, bgianangeli@mifsudlaw.com

Jeremy S. Hisey
263 Surrey Lane, Apt. C
London, OH 43140

Amanda L. Hisey
263 Surrey Lane, Apt. C
London, OH 43140

PRA Receivables Management, LLC
P.O. Box 4107
Norfolk, VA 23541

U.S. Department of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI 53708

*/s/ Shannon M. Treynor*
Attorney for Debtors